IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chavarria-Lujan, Xochitl

Printed: 4/15/08

Case Number: 07 B 20512
Judge: Hollis, Pamela S
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,100.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 38,000.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 8,000.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,710.63 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 384.28 | 0.00 |
| 8. | B-Real LLC | Unsecured | 15.41 | 0.00 |
| 9. | Target National Bank | Unsecured | 9.16 | 0.00 |
| 10. | Bass & Associates | Unsecured | 124.69 | 0.00 |
| 11. | Chase | Unsecured |  | No Claim Filed |
| 12. | CitiFinancial | Unsecured |  | No Claim Filed |
| 13. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 14. | GEMB | Unsecured |  | No Claim Filed |
| 15. | Chase | Unsecured |  | No Claim Filed |
| 16. | Menards | Unsecured |  | No Claim Filed |
| 17. | Thd/Cbsd | Unsecured |  | No Claim Filed |
| 18. | Express World Financial Network | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 51,344.17 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Chavarria-Lujan, Xochitl

Printed: 4/15/08

Case Number: 07 B 20512
Judge: Hollis, Pamela S
Filed: 11/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

